1  AARON D. FORD
      Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
      Senior Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, NV  89701-4717
5  Tel: (775) 684-1150
   E-mail: drands@ag.nv.gov
6
   *Attorneys for Defendants*
7

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

| | |
|---|---|
| 10  JASMINE PAUL SANCHEZ,<br>11                     Plaintiff,<br>12  v.<br>13  ELY STATE PRISON, et al.,<br>14                     Defendants. | Case No. 3:18-cv-00317-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 15  JASMINE PAUL SANCHEZ,<br>16                     Plaintiff,<br>17  v.<br>18  GITTERE, et al.,<br>19                     Defendants. | Case No. 3:18-cv-00475-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 20  JASMINE PAUL SANCHEZ,<br>21                     Plaintiff,<br>22  v.<br>23  BRALOWER, et al.,<br>24                     Defendants. | Case No. 3:19-cv-00431-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 25  JASMINE PAUL SANCHEZ,<br>26                     Plaintiff,<br>27  v.<br>28  GITTERE, et al.,<br>    Defendants. | Case No. 3:19-cv-00432-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1

| | |
|---|---|
| 1  JASMINE PAUL SANCHEZ,<br>2              Plaintiff,<br>3  v.<br>4  JONES, et al.,<br>5              Defendants. | Case No. 3:19-cv-00447-MMD-CLB<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 6  JASMINE PAUL SANCHEZ,<br>7              Plaintiff,<br>8  v.<br>9  KIRCHEN, et al.,<br>10             Defendants. | Case No. 3:19-cv-00448-MMD-CLB<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 11 JASMINE PAUL SANCHEZ,<br>12             Plaintiff,<br>13 v.<br>14 GITTERE, et al.,<br>15             Defendants. | Case No. 3:19-cv-00492-MMD-WGC<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 16 JASMINE PAUL SANCHEZ,<br>17             Plaintiff,<br>18 v.<br>19 HOMAN, et al.,<br>20             Defendants. | Case No. 3:19-cv-00527-MMD-WGC<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 21 JASMINE PAUL SANCHEZ,<br>22             Plaintiff,<br>23 v.<br>24 ROSE, et al.,<br>25             Defendants. | Case No. 3:19-cv-00557-MMD-WGC<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1  JASMINE PAUL SANCHEZ, | Case No. 3:19-cv-00757-RCJ-CLB |
| 2                Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 3  v. | |
| 4  MANNING, et al., | |
| 5                Defendants. | |
| 6  JASMINE PAUL SANCHEZ, | Case No. 3:20-cv-00291-MMD-WGC |
| 7                Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 8  v. | |
| 9  WICKHAM, et al., | |
| 10               Defendants. | |
| 11 JASMINE PAUL SANCHEZ, | Case No. 3:20-cv-00319-APG-CLB |
| 12               Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 13 v. | |
| 14 HOMAN, et al., | |
| 15               Defendants. | |
| 16 JASMINE PAUL SANCHEZ, | Case No. 3:20-cv-00610-MMD-CLB |
| 17               Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 18 v. | |
| 19 REUBART, et al., | |
| 20               Defendants. | |
| 21 JASMINE PAUL SANCHEZ, | Case No. 3:20-cv-00577-MMD-CLB |
| 22               Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 23 v. | |
| 24 JONES, et al., | |
| 25               Defendants | |

IT IS HEREBY STIPULATED by and between Jasmine Paul Sanchez, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, based upon the

3

Settlement Agreement between the parties, that the above-captioned actions should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this 14 day of December, 2020.     DATED this ___ day of December, 2020

AARON D. FORD
Attorney General

By: _____
JASMINE PAUL SANCHEZ
Plaintiff, *Pro Se*

By: _____
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
MEREDITH BERESFORD, Bar No. 13308
Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 15, 2020

4